USDC
DOCU...
ELECT...
DOC #: _____
DATE FILED: 4/11/08

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

April 10, 2008

RECEIVED
CHAMBERS OF
APR 1 1 2008
JUDGE SCHEINDLIN

**By Fax**
The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
500 Pearl Street, Room 1620
New York, New York 10007-1312
Fax # 212/805-7920

Re: Gardner v. Daddezio, et al.,
07-Civ-7201 (SAS) (Pro Se)

Dear Judge Scheindlin,

Defendant D'Addezio respectfully requests an extension of the time to take pro se prisoner plaintiff's deposition from April 15, 2008, to the general discovery deadline of April 30, 2008. Plaintiff was recently away from his facility for a trial on another matter. In addition, it was my intention to address plaintiff's claims against both defendants at the deposition. However, plaintiff has not yet amended the complaint to name the John Doe despite receiving information as to Doe's name, Sgt. Haller, and location, Orleans Correctional Facility, in a letter dated January 29, 2008. Defendant wrote to me on March 20, 2008, indicating that he continued to intend to name Sgt. Haller a defendant, but has not yet done so. Although I will be prepared to cover the claims against both defendants in one deposition, because the case is close to the completion of discovery as to defendant D'Addezio, defendant also respectfully requests that the Court set April 30 as plaintiff's deadline to amend the complaint to name Sgt. Haller.

Respectfully submitted,

STEVEN N. SCHULMAN (SS3894)
Assistant Attorney General
(212) 416-8654
Fax # (212) 416-6009

cc: By Fed Ex
Phillip Jerome Gardner
00-A-1955
Great Meadow Correctional Facility
11739 State Route 22
Comstock, New York 12821

*Defendants' requests are both granted. The deadline to amend the complaint is April 30, 2008 and defendants' time to take plaintiff's deposition is extended to and including April 30, 2008. So Ordered: [signature] USDJ 4/11/08*

Division of State Counsel • Litigation Bureau
120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

TOTAL P.02